# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VICKY MONROE-RICKS, | ) ) ) |  |
| Petitioner, | ) ) |  |
| v. | ) ) | Civil Action No. 21-3062 (UNA) |
| UNITED STATES ATTORNEYS FOR D.C., *et al.*, | ) ) ) ) |  |
| Respondents. | ) ) |  |

## **MEMORANDUM OPINION**

Vicky Monroe, proceeding *pro se*, purports to file a petition on her own behalf as a member of the "General Public," and on behalf of her son, Ronald N. Monroe. *See* Pet. at 1. Generally, she alleges bias and misconduct on the part of judges of the Superior Court of the District of Columbia resulting in violation of her son's constitutional rights. As the Court has advised in prior cases, Ms. Monroe may not represent another individual or class of individuals in federal court. *See, e.g., Monroe-Ricks v. United States*, No. 1:21-CV-0825 (D.D.C. Apr. 27, 2021); *Monroe-Ricks v. United States*, No. 1:17-CV-1259 (D.D.C. July 19, 2017). Absent any allegations suggesting that she is pursuing claims on her own behalf, the Court will dismiss the petition and this civil action without prejudice. The application to proceed *in forma pauperis* will be granted. An Order is issued separately.

DATE: December 10, 2021

/s/
CHRISTOPHER R. COOPER
United States District Judge